**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

```
_____
                                    )
MADEN TECH CONSULTING, INC.         )
d/b/a MADEN TECHNOLOGIES,           )
                                    )
          Plaintiff,                )
                                    )
v.                                  )   Civil Action No.   05-0777
                                    )
MARK A. PAPPAS, et al.,             )
                                    )
          Defendant.                )
_____)
```

**ORDER**

This matter comes before the Court on Plaintiff's Motion to Strike Counterclaims of Defendant Mark Pappas.

The Court finds that Defendant Pappas' Counterclaims state a claim upon which relief may be granted and are not merely duplications of his affirmative defenses.  It is hereby

ORDERED that Plaintiff's Motion to Strike Counterclaims of Defendant Mark Pappas is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 17, 2005